NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3039

THYRMAN F. SMILEY,

Petitioner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

Petition for review of the Merit Systems Protection Board in PH0752090312-I-1.

ON MOTION

## O R D E R

Upon consideration of Thyrman F. Smiley's motion for an extension of time to file his brief,

IT IS ORDERED THAT:

The motion for an extension of time is granted. The motion to reinstate the appeal will be granted, the court's dismissal order will be vacated, and the petition for review will be reinstated, if Smiley files his brief within 30 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

APR 0 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 8 2010

JAN HORBALY
CLERK

cc:    Keith E. Kendall, Esq.
       Sameer P. Yerawadekar, Esq.

s21